```
                     IN THE
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

                      * * *

UNITED STATES OF AMERICA   )
                           )
        Plaintiff;         )
                           )
        v.                 ) MAG NO 06-0284 (JMF)
                           )
                           )
PARIS FELDER,              )
                           )
        Defendant.         )
```

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

```
                  Respectfully submitted,

                  A.J. KRAMER
                  FEDERAL PUBLIC DEFENDER


                          /S/
                  By:_____
                  LARA G. QUINT
                  Assistant Federal Public Defender
                  625 Indiana Avenue, N.W., Suite 550
                  Washington, D.C.  20004
                  (202) 208-7500
```

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this  27TH    day of June, 2006.

```
                          /s/
                  By:_____
                  LARA G. QUINT
```