IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No: |
| | : | |
| v. | : | Magistrate No.  06-0284M-01 (CR) |
| | : | |
| **PARIS K. FELDER,** | : | Violation: |
| | : | 18 U.S.C. § 112(b)(1) |
| Defendant. | : | (Intimidating, Coercing, Threatening or |
| | : | Harassing a Foreign Official) |

**I N F O R M A T I O N**

The United States informs the Court:

On or about February 1, 2006, in the District of Columbia, the defendant, PARIS K. FELDER, knowingly and willfully did intimidate, coerce, threaten and harass Zafarjon Saidov, a foreign official.

(**Intimidating, Coercing, Threatening or Harassing a Foreign Official**, in violation of Title 18, United States Code, Section 112(b)(1)).

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

By: _____
ANGELA G. SCHMIDT
Texas Bar No. 17764980
(202) 514-7273
Angela.Schmidt@usdoj.gov

BRUCE R. HEGYI
D.C. Bar No. 42741
(202) 305-9637
Bruce.Hegyi@usdoj.gov

Assistant United States Attorneys
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530