UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA :
:
v. : Case No.: 07-030 (GK)
:
PARIS K. FELDER, :
: **FILED**
Defendant. :
FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

The defendant, Paris K. Felder, having pled guilty to a criminal information in this matter alleging a violation of 18 U.S.C. § 112(b)(1),

It is this 21st day of February, 2007,

ORDERED that, on or before close of business on February 21st, 2007, the defendant, Paris K. Felder, accompany an agent of the United States Department of State to a location specified by such agent, for the purpose of booking, fingerprinting, photographing and processing in connection with the violation of 18 U.S.C. § 112 (b)(1), and that the defendant be released upon completion of the booking procedures.

GLADYS KESSLER
United States District Judge