UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
                                   :
v.                                 :     Criminal No. 07-30 (GK)
                                   :
                                   :     **FILED**
PARIS FELDER,                      :
                                   :     FEB 2 1 2007
       Defendant.                  :
                                   :     NANCY MAYER WHITTINGTON, CLERK
_____:              U.S. DISTRICT COURT

**ORDER**

It is hereby this ~~30th day of August, 2006,~~ 21st day of Feb., 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than *May 7, 2007*, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than *May 14, 2007* by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on *May 16, 2007 at 3:45 p.m.*

**IT IS SO ORDERED.**

                                        /s/ Gladys Kessler
                                        _____
                                        Gladys Kessler
                                        U.S. District Judge